# DECISIONES PER CURIAM

DE MARZO 3, 1925, A ENERO 30, 1926

No. 2426.—EL PUEBLO, apdo., v. PAGÁN, aplte.—C. D. Arecibo. Marzo 5, 1925. Portar armas. No habiéndose cometido por la corte inferior los dos errores que se le atribuyen, pues alegando la acusación que el delito fué cometido en la plaza del mercado de Arecibo, la declaración de un testigo ante la Corte de Distrito de Arecibo de que el hecho ocurrió en la Plaza de Mercado es suficiente para probar la jurisdicción y también que dicho testigo imputa al apelante la comisión del delito, *se confirma la sentencia apelada.*

No. 3396.—PÉREZ, aplte., v. LA SUCESIÓN DESCONOCIDA DE EMILIO DÍAZ, aplda.—C. D. Humacao. Filiación. Marzo 5, 1925. No habiendo cometido error la corte de distrito al considerar insuficiente la prueba aportada por el demandante para demostrar el concubinato de sus alegados padres ni la posesión constante del estado de hijo natural reconocido de Emilio Díaz en que basa la acción de filiación ejercitada, se declaró sin lugar el recurso establecido y se confirmó la sentencia apelada.